| Date | Pleading Number | |
|---|---|---|
| 12/26/74 | 1 | MOTION -- plaintiff Carl E. Zwisler, III to transfer actions pursuant to 28 U.S.C. §1407.  SUPPORTING BRIEF, CERTIFICATE OF SERVICE.  SUGGESTED TRANSFEREE FORUM:  E.D. VIRGINIA |
| 1/3/74 75 | 2 | MOTION -- plaintiff John A. Buchanan to transfer all actions arising from this crash pursuant to 28 U.S.C. §1407  NO SERVICE INDICATED -- SUPPORTING BRIEF  SUGGESTED TRANSEEREE FORUM:  N.D. California |
| 1/7/75 | 3 | RESPONSE -- MARY LOUISE WOLFARD, VIOLA FORT, IMOGENE  C.  RALSTON, PATRICIA SHARPE, RICHARD N. DISMORE, WILLIAM E. DISMORE, JR AND GERALD E. HOLZHUSEN, w/cert. of service |
| 1/9/75 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Zwisler -- Granted to Jan. 20, 1975 |
| 1/13/75 | | REQUEST FOR EXTENSION OF TIME -- Trans World Airline -- Granted to Jan 20, 1975 |
| 1/16/75 | 4 | RESPONSE -- BOEING CO. w/cert. of service |
| 1/20/75 | 5 | RESPONSE -- TRANSWORLD AIRLINES w/cert. of service |
| 2/7/75 | 6 | MOTION -- Amendment of plaintiff Carl E. Zwisler, III to add B-1 through B-8 and another action Holzhusen v. TWA (indicated to be filed) w/cert. of service |
| 2/10/75 | | AMENDED CERT. OF SERVICE for pleading No. 6 |
| 2/13/75 | 7 | AMENDMENT TO MOTION to Add Actions Pending in the District Court for the Eastern District of Virginia (C-1 through C-14) |
| 2/18/75 | 8 | JOINDER IN MOTION -- Plaintiff English w/cert of service |
| 2/20/75 | 9 | RESPONSE -- Plaintiff Cramer and other w/cert. of service |
| 2/27/75 | 10 | JOINDER IN MOTION -- Plaintiff Basil, Jr. w/cert. of service |
| 3/5/75 | | HEARING ORDER -- Setting A-1. A-4, A-5, B-7, B-8 C-1 through C-14 for hearing, March 21, 1975, Dallas, Texas  Notified counsel, involved judges. |
| 3/10/75 | 11 | RESPONSE -- United States of America w/cert. of service |
| 3/19/75 | 12 | RESPONSE -- Eastern District of Virginia Plaintiffs waiver of oral argument w/cert. of service. |
| 4/29/75 | | CONSENT OF TRANSFEREE COURT -- Chief Judge Kellam signed consent for Hon. Albert V. Bryan to process litigation in E.D. Virginia |
| 4/29/75 | | OPINION AND ORDER --  Transfering A-4, A-5, B-7 & B-8 to E.D. Virginia for assignment to Hon. Albert V. Bryan with A-1, C-1 thru C-14 for  coordinated or consolidated pretrial proceedings  pursuant to 28 USC § 1407., Notified involved transforer and transferee judges., clerks., counsel., publishers members JPML., Misc. |
| 5/27/75 | | APPEARANCE -- Kenneth R. Beltzler, Esq., Mendes & Mount, 27 William St., N.Y., N.Y. for defendants Standard Kollsman Ind. and Kollsman Instrument Corp. |
| 8/19/75 | | MARIO A. MATHIEU, ETC. V. TRANS-WORLD AIRLINES, S.D.N.Y., 75 Civ 3975 |
| 8/22/75 | | LAWRENCE I. GOLDBLATT, ET AL. V. TRANS WORLD AIRLINES, INC., D. D.C. C.A. No. 75-1303 -- CTO filed today.  Notified counsel, involved judges |
| 9/4/97 | | MARIO A. MATHIEU ETC. V. TRANS-WORLD AIRLINES, S.D.N.Y. 75 Civ. 3975 CTO final today.  Notified transferee clerk involved judge |
| 9/8/75 | | LAWRENCE I. GOLDBLATT, ET AL. V. TRANS WORLD AIRLINES, D.D.C. 75-1303 CTO final today.  Notified transferee clerk, involved judges |
| 10/20/75 | | KNOWLES, ETC. V. TWA, W.D.N.C., C-c75-295 CTO filed today.  Notified counsel, involved judgews |

| Date | Pleading Number | |
|------|------|------|
| 11/5/75 | | RICHARD A. KNOWLES, ETC. V. TRANS WORLD ARILINES, INC., ET AL. |
| | | W.D. NORTH CAROLINA, C-C75-295 |
| | | CTO FINAL TODAY.   Notified clerks, involved judges |
| 1/16/76 | | JAMIE DEICHMANN HASENKAMPF, ETC. V. TWA, INC., E.D.LA., 75-3665 |
| | | VICKI J. SAFRANEK, ETC. V. U.S.A., C.D.CAL CV75-3937=LTL |
| | | CTOs filed today.  Notified counsel, involved judges |
| 1/26/76 | | JAMIE DEICHMANN HASENKAMPF, ETC. V. TWA, INC., E.D.LA., 75-3664 |
| | | NOTICE OF OPPOSITION -- PLAINTIFF HASENKAMPF |
| | | CTO automaticaly stayed pursuant to RPJPML Rule 9, Notified counsel |
| | | involved judges |
| 2/2/76 | | VICKI JOHNSON SAFRANEK, ETC. V. U.S.A., C.D.CALIF., CV75-3937-LTL |
| | | CTO final today.  Notified counsel, involved judges |
| 2/6/76 | 13 | MOTION  AND BRIEF TO VACATE CTO -- Plaintiff HASENKAMPF w/cert. of |
| | | service |
| 2/17/76 | 14 | JAMES E. BROWN, JR. V. TRANS WORLD AIRLINES,  E.D.VA., 75-348A |
| | | MOTION & BRIEF OF PLAINTIFF BROWN TO REMAND ACTION TO N.D.CALIF. |
| 2/26/76 | | TWA REQUEST TO FILE LATE -- Response to Hasenkampf motion |
| 2/26/76 | 15 | RESPONSE -- TWA RESPONSE TO HASENKAMPF MOTION |
| 3/4/76 | | HEARING ORDER -- Setting Hasenkampf motion to vacate cto and Brown |
| | | motion to remand action -- March 26, 1976 |
| | | Washington, D.C. |
| 3/17/76 | 16 | MOTION TO VACATE CTO -- USA et al w/certificate of service |
| 3/23/76 | | MOTION  POSTPONE HEARING -- Plaintiff Hasenkampf.  -- DENIED |
| 3/26/76 | | LAWRENCE I. GOLDBLATT ET AL. V. TWA E.D. VA. CA No. 75-658 |
| | | CRO Filed today. notified involved counsel and judges |
| 3/26/76 | | JAMES E. BROWN, JR. V. TRANS WORLD AIRLINES, E.D.VA. 75-348XXX 347A |
| | | PLAINTIFF MXXXXMXXX REQUEST TO WITHDRAW MOTION |
| 3/26/76 | | JAMES E. BROWN, JR. V. TRANS-WORLD AIRLINES, E.D.VA. 75-347-A |
| | | ORDER VACATING HEARING -- Action settled, soon to be dismissed |
| 4/5/76 | 17 | SUPPLEMENTAL OPPOSITION TO TRANSFER -- Plaintiff Jamie Hasenkampf |
| 4/9/76 | | LAWRENCE I. GOLDBLATT, ET AL. V. TWA, E.D. VA C.A. No. 75-658 |
| | | NOTICE OF OPPOSITION -- CONDITIONAL REMAND ORDER -- Notified counsel |
| | | CRO automatically stayed. |
| 4/9/76 | 18 | RESPONSE -- SUPPLEMENTAL TRANS WORLD AIRLINES w/cert. of service |
| 4/23/76 | 19 | MOTION & BRIEF -- TRANS WORLD AIRLINES to vacate C-16 Goldblatt v. TWA |
| | | E.D. Va., C.A. No. 75-658A -- Conditional Remand Order |
| | | w/cert. of service |
| 5/6/76 | 20 | JOINDER IN MOTION OF TRANSWORLD -- (C-16) Goldblatt v. TWA to Vacate |
| | | Conditional Remand Order w/cert. of service |
| 5/10/76 | 21 | VICKI JOHNSON SAFRANEK V. U.S.A., E.D.VA., C.A. No. A-76-92 |
| | | C-18 -- MOTION, BRIEF, AFFIDAVIT, CERTIFICATE OF SERVICE to REMAND |
| | | Action to C.D. California |
| 5/11/76 | 22 | RESPONSE -- C-16 GOLDBLATT w/cert. of service |
| 5/13/76 | 23 | RESPONSE -- C-18 U.S.A. TO MOTION TO REMAND w/cert. of service |
| 5/24/76 | | LAWRENCE I. GOLDBLATT V. TWA, E.D.VA., 75-658A |
| | | VICKI JOHNSON SAFRNEK V. U.S.A., E.D.VA., 76-79A |
| | | HEARING on TWA motion to vacate CRO in Goldblatt action and Hearing |
| | | on motion of SAFRNEK to remand action -- Set for Boston, Mass., |
| | | June 25, 1976 |
| 5/26/76 | | CERTIFICATE OF SERVICE for SAFRANEK (C-18) filed 5/10/76 attached to |
| | | pleading No. 21 |
| 6/11/76 | | (C-16) Correspondence regarding Goldblatt action |
| 6/11/76 | | ORDER -- VACATING May 24, 1976 Hearing Schedule in C-16 Goldblatt |
| 6/11/76 | | (C-18) Correspondence regarding  Safranek action |
| 6/11/76 | | ORDER -- VACATING May 24, 1976 Hearing Scheduled in C-18 Safranek |

| Date | Pleading Number | |
|------|------|------|
| 9/20/76 | | C-20 JAMES I. VAN FOSSEN, ET AL. V. U.S.A., N.D.CALIF., C76-1483-CBR |
| | | SHOW CAUSE ORDER FILED TODAY.  Notified counsel, involved judges |
| 10/1/76 | 24 | RESPONSE to (C-20) EARL C. TOWNSEND (Plaintiff's Discovery Committee) |
| | | Disbanded  w/cert. of servicd |
| 10/1/76 | 25 | RESPONSE to (C-20) PLAINTIFF JAMES I. VAN FOSSEN w/Brief and Cert of |
| | | Service |
| 10/5/76 | | HEARING ORDER -- Setting C-20 James I. Van Fossen, et al. v. U.S.A., |
| | | N.D. Calif., C.A. No. C76-1483 for hearing 10/29/76 |
| | | Washington, D.C. |
| 10/12/76 | 26 | Response - United States, w/cert. of service |
| 10/14/76 | | C-21  BROCK V. U.S.A., C.D.CAL., CV76-2488-RMT |
| | | C-22  KRESHECK v. U.S.A.  C.D. CAL., CV76-2489-IH |
| | | C-23 HARLAN V. TRANS WORLD AIRLINES, S.D.IND., IP 76-525-C |
| | | HEARING ORDER Setting actions for hearing, 10/29/76 and ORDER |
| | | to show cause AMENDED TODAY.  Notified counsel, involved judges. |
| 10/18/76 | 27 | RESPONSEX -- ELLENHARLAN w/cert. of service OPPOSITION TO TAG-ALONG |
| 10/18/76 | | LETTER -- U.S.A. -- making brief No.  26 filed by U.S.A. applicable |
| | | to new actions  C-21, C-22 and C-23 |
| 10/19/76 | 28 | NOTICE OF TAG-ALONG -- TWA w/cert. of service |
| 10/26/76 | 29 | RESPONSE  -- SHOW CAUSE ORDER (C-23) PLAINTIFF HARLAN W/cert. of service |
| 10/26/76 | | LETTER -- VAN FOSSEN -- Counsel making response No. 25 applicable |
| | | to C-21 and C-22 w/cert. of service |
| 10/26/76 | 30 | RESPONSE -- HARLAN SHOW CAUSE ORDER (C-23) TWA w/cert. of service |
| 3/31/77 | | C-20 VAN FOSSEN, ET AL. V. U.S.A., N.D. CALIF., C76-1483-CBR |
| | | C-21 BROCK v. U.S.A., C.D.CAL, CV76-2488-RMT |
| | | C-22 KRESHECK V. U.S.A., C.D.CAL., CV76-2489-IH |
| | | C-23 HARLAN V. TRANS WORLD AIRLINES, S.D.IND., IP76-525-C |
| | | C-19 HASENKAMPF V. TWA, E.D.La., 75-3665 |
| | | OPINION AND ORDER -- DENYING TRANSFER OF ACTIONS |

OPINION AND ORDER. April 29. 1975 323 F. SUPP. 1287

O & O

DOCKET NO. 199 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 31, 1977 430 F Supp. 1295

Closed

## Description of Litigation

Docket No. 199 -- In re Air Crash Disaster Near Upperville, Virginia on December 1, 1974

## Summary of Panel Action

Date(s) of Hearing(s) 3/24/75

Date(s) of Opinion(s) or Order(s) 4/29/75

Consolidation Ordered __XX__    Name of Transferee Judge ALBERT V. BRYAN

Consolidation Denied ____    Transferee District EASTERN DISTRICT OF VIRGINIA (Alexandria)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Carl E. Zwisler, III and Union State Bank, etc. v. Trans World Airlines, Inc. | E.D. Va. | 804-74-A | NTN | | 5/4/77 | |
| A-2 | Mary Louise Wolford, Adm. v. Trans World Airlines, Inc. | S.D.Ind. Noland | IP 74-659C | NT | | 1/14/75 | |
| A-3 | Viola Fort, Adm. v. Trans World Airlines, Inc. | S.D.Ind. | IP 74-653C | NT | | 1/13/75 | |
| A-4 | John A. Buchanan, et al. v. Trans World Airlines, Inc. | N.D.Cal | C74-2578who | 1/29/75 | 75-348 A | | |
| A-5 | Essie R. English, Adm. v. The Boeing Co.,et al. | S.D.N.Y. KNAPP | 74 Civ. 5601 | 4/29/75 | 75-381 A | | |
| B-1 | Patricia Sharpe, Adm. v. Trans World Airlines, Inc. | S.D.Ind. Steckler | IP74-676-C | NT | | 1/13/75 | |
| B-2 | Imogene C. Ralston, Adm. v. Trans World Airlines, Inc. | S.D. Ind. | IP74-679-C | NT | | 1/13/75 | |
| B-3 | Richard N. Dismore Adm. v. Trans World Airlines, Inc. | S.D. Ind. | IP74-693-C | NT | | 1/13/75 | |
| B-4 | Richard N. Dismore, Adm. v. Trans World Airlines, Inc., | S.D. Ind | IP74-694C | NT | | 1/13/75 | |

(✓) All Dismissed 3d PTY Claims May 4, 1977
actions settled against TWA  3d PTY action pending against U.S.

DOCKET NO. ___199 (CONTINUED)                                   PAGE __2__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-5 | William E. Dismore, Sr. v. Trans World Airlines, Inc. | S.D. Ind. Steckler | IP-74-696-C  NT | | | 1/13/75 | |
| B-6 | Richard N. Dismore, Adm. v. Trans World Airli s, Inc. | S.D Ind. Steckler | IP-74-698-C | | | 1/13/75 | |
| | Holzhusen v. TransWorld Airlines, Inc. | S.D.Ind. | | | | | |
| B-7 | American National Bank & Trust Co. v. TransWorld Airlines, Inc. | N.D. Ill Marovitz | 75-0065 | 4/29/75 | 75-351A | 5/4/77 | ✓ |
| B-8 | James E. Brown, Jr. v. Trans World Airlines, Inc., et al. | N.D.Calif | C75-0166-RFP | 4/29/75 | 75-347A | 5/4/77 | |
| C-1 | Bank of Clarke County, Va. Admr. of the Estate of David Frank Holdhusen v. Trans World Airlines, Inc., et al. | E.D.Va. | 86-75A | | | 5/4/77 | |
| C-2 | Bank of Clarke County, Va. Admr. Estate of Susan Applewhite v. Trans World Airlines, Inc., et al. | E.D. Va. | 87-75A | | ✓ | 5/4/77 | |
| C-3 | Bank of Clarke County, va., Admr. Estate of William Dale Vaughn v. Trans World Airlines, Inc., et al. | E.D. Va. | 90-75A | NTN | ✓ | 5/4/77 | |
| C-4 | Bank of Clarke County, Va. Admr. of the Estate of Ella Fort v. Trans World Airlines, et al. | E.D.Va. | 91-75A | | ✓ | 5/4/77 | |

DOCKET NO. <u>199</u>   (CONTINUED)                                    PAGE ___3___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-5 | Bank of Clarke County, Va. Admr. Estate of Michael Stokes v. Trans World Airlines, Inc., et al. | E.D.Va. | 92-75A | | | √5/4/77 √5/4/77 | |
| C-6 | Bank of Clarke County, Va. Admr Estate of James R. Applewhite v. Trans World Airlines, Inc., et al. | E.D.Va. | 93-75A | | | √5/4/77 | |
| C-7 | Bank of Clarke County, Va. Admr. Estate of Mathew Hartley v. Trans World Airlines, Inc., et al. | E.D. Va. | 96-75A | | | √5/4/77 | |
| C-8 | Bank of Clarke County, Va., Admr. Estate of Benjamin Applewhite, v. Trans World Airlines, et al. | E.D.Va. | 97-75A | | | √5/4/77 | |
| C-9 | Lee M. Dismore, Admr. Estate Scott Michael Dismore v. Trans World Airlines, Inc., et al. | E.D.Va. | 88-75A | | | √5/4/77 | |
| C-10 | William E. Dismore, Admr. Estate Wendy Kathleen Dismore v. Trans World Airlines, Inc., et al. | E.D.Va. | 95-75A | | | √5/4/77 | |
| C-11 | William E. Dismore, Sr., Exec. Estate of William E. Dismore Jr. and Lee M. Dismore Admr. v. Trans World Airlines, Inc., et al. | E.D.Va. | 89-75-A | | | √5/4/77 | |
| C-12 | National Bank of Fairfax, Va. Admr. Estate of Janice Dismore v. Trans World Airlines, et al. | E.D.Va. | 94-75A | | | √5/4/77 | |
| C-13 | Harold L. Cramer, etc. v. Trans World Airlines, Inc., | E.D. Va. | 83-75A | | | √5/4/77 | |
| C-14 | Jack J. Basil Jr., etc. v. Trans World Airlines, et al. | E.D. Va. | 56-75A | | | √5/4/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Bank of Clarke County, Va. v. Trans World Airlines, et al. | E.D.Va. | 248-75-A | | | ✓5/4/77 | |
| XYZ-2 | Archie M. Sykes v. Trans World | E.D.Va. | 211-75-A | | | ✓5/4/77 | |
| XYZ-3 | Gerald R. Lear v. Trans World | E.D.Va | 75-260-A | | | ✓5/4/77 | |
| XYZ-4 | Bank of Clark County, Va. v. Trans World Airlines | E.D.Va. | 75-312-A | | | ✓5/4/77 | |
| XYZ-5 | Robert L. Whitehead, etc. v. Transworld | E.D. Va | 75-330-A | | | ✓5/4/77 | |
| XYZ-6 | Forest C. Reed, etc. v. Trans World Airlines, Inc., et al. | E.D.Va. | 75-334-A | | | ✓5/4/77 | |
| XYZ-7 | Bank of Clarke County, Va. Ext. of Wendell Thomas v. TWA | E.D.Va. | 75-355-A | | | ✓5/4/77 | |
| XYZ -8 | Elsie Long Beale, etc. v. Trans World Airlines, Inc. | E.D.VA. | 75-376A | | | ✓5/4/77 | |
| XYZ-9 | Johnnie Mae Parks, etc. v. The Boeing Co., et al. | E.D.Va. | 464-75A | | | 5/4/77 | |
| XYZ-10 | Charles W. Hamilton, etc. v. The Boeing Co., et al. | E.D.Va. | 463-75A | | | 5/4/77 | |
| XYZ-11 | Maxine Dube, etc. v. The Boeing Co., et al. | E.D. Va. | 465-75A | | | 5/4/77 | |
| C-15 | Mario A. Mathieu, etc. v. Trans-World Airlines, Inc., et al. 8/19/75 | S.D.N.Y. Conner | 75 Civ 3975 | 9/4/75 | 75-644A | 5/4/77 | |
| C-16 | Lawrence I. Goldblatt, et al. v. Trans World Airlines CRO Opposed 8/22/75 | D. DC Gesell | 75-1303 | | 75-658A | ✓5/4/77 | |

DOCKET NO. 199 ___ (CONTINUED)                                    PAGE 5 ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | J. Lorraine Grade, etc. v. Trans World Airlines, Inc. | E.D.VA | 75-694-A | | | ✓5/4/77 | |
| XYZ-13 | J. Michael Sconyers, etc. v. Trans World Airlines, Inc. | E.D.Va. | 75-710-A | | | ✓5/4/77 | |
| XYZ-14 | Sarah S. Reid, etc. v. Trans World Airlines, Inc. | E.D. Va. | 75-807-A | | | ✓5/4/77 | |
| C-17 | Richard A. Knowles, etc. v. Trans World Airlines, Inc., et al. | W.D.N.C. | 75-0295 | 11/5/75 | 75-796-A | ✓5/4/77 | |
| C-18 | Vicki Johnson Safranek, etc. v. United States of America *10/20/75* *1/16/76* | C.D Cal | CV75-3937-LTL | 2/2/76 | 76-79A | ✕DIS 5/4/77 | |
| C-19 | Jamie Deichmann Hasenkampf, etc. v. Trans World Airlines, Inc., et al. *opposed 1/16/76* | E.D. La. Gordon | 75-3665 | | | | |

CERTIFIED CORRECT
JULY 1976

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-15 | Richard A. Bartl, etc. v. Trans World Airlines, Inc. *dismissed* | E.D.Va. | 75-763-A | | | ✓5/4/77 | |
| XYZ-16 | William T. Casey, Sr., et al. v. Trans World Airlines, Inc. | E.D.Va. | 75-869-A | | | ✓5/4/77 | |
| XYZ-17 | Guilford W. Griffin, ADMN. v. Trans World Airlines, Inc. | E.D. Va. | 76-408-A | | | DIS | |
| XYZ-18 | Lonnie Jones, etc. v. TWA | E.D.Va. | 76-516A | | | DIS | |
| XYZ-19 | Sara S. Reid, Admn., etc. v. Trans World Airways, Inc. | E.D.Va. | 75-727-A | | | ✓ | |
| XYZ-20 | David P. Respose, etc. v. TWA (Est. of Epifania C. Respose) | E.D.Va. | 76-106-A | | | ✓5/4/77 | |

DOCKET NO. 199   --   IN RE AIR CRASH DISASTER NEAR UPPERVILLE, VIRGINIA ON DEC. 1, 1974   -- P. 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-20 | James I. Van Fossen, et al. v. U.S.A. | N.D.CA. | CV76-3481 CBR | 3/31/77 | | Dis S.O. Exc. 2/15/77 | SCO 9/20/76 |
| C-21 | Marlene J. Brock, et al. v. United States of America | C.D.Cal | CV76-3488-RMT | 3/31/77 | | | SCO 10/14/76 |
| C-22 | Donna M. Kresheck, etc. v. United States of America | C.D.Cal | CV76-2989-JWC | 3/31/77 | | | SCO 10/14/76 SCO 10/14/76 |
| C-23 | Ellen Harlan, Adm. v. Trans World Airlines | S.D.Ind. (Steckler) | IP 76-523-C | 3/31/77 | | | SCO 10/14/76 |
| XYZ-21 | Rosetta A. Minor, et al. v. Trans World Airlines, Inc. | E.D.Va. | 76-695-A | | | 7/26/76 | |
| XYZ-22 | Jane D. Curie, exe. v. Trans World Airlines, Inc., et al. | E.D.Va. | 76-819-A | | | 7/28/76 | |
| XYZ-23 | John M. Franks, etc. v. TWA | E.D.Va. | 76-612 | | | DIS | |
| XYZ-24 | Wilmer E. Jackson, et al. v. TWA et al. | E.D.Va. | 76-885A | | | | |
| XYZ-25 | Arlo Steele, etc. v. TWA, et al. | E.D.Va. | 76-871-A | | | | |

p.   1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 199 --   In re Air Crash Disaster Near Upperville, Virginia on

December 1, 1974

| Plaintiff | Defendant |
|---|---|
| PLAINTIFFS' LIAISON COUNSEL *<br>Philip J. Hirschop, Esquire<br>Philip Hirschkop & Associates, Ltd.<br>108 N. Columbus St.<br>Alexandria, Virginia  22313 | TRANS WORLD AIRLINES, INC. *<br>Lewis T. Booker, Esquire<br>Williams, Gay & Gibson<br>700 East Main St.<br>P.O. Box 1535<br>Richmond, Virginia  23212 |
| LEAD COUNSEL<br>Philip Silverman, Esq.<br>Speiser, Krause & Madole<br>1216 16th Street, N.W.<br>Washington, D. C.  20036 | THE BOEING COMPANY *<br>Keith Gerrard, Esquire<br>Perkins, Coie, Stone, Olsen<br>  & Williams<br>1900 Washington Building<br>Seattle, Washington  98101 |
| Gerard R. Lear, Esquire<br>1819 H. Street, N.W.<br>Washington, D. C.  20045 | UNITED STATES OF AMERICA *<br>Mark A. Dombroff, Esquire<br>Tort Section, Civil Division<br>Aviation Unit<br>Department of Justice<br>Washington, D. C.  20530 |
| Earl Townsend, Esquire<br>120 East Market Street #803<br>Indianapolis, Indiana  46204 | EMPLOYEES OF TRANS WORLD AIRLINES, INC.*<br>George E. Farrell, Esquire<br>Healey, Donnelly & Farrell<br>1750 Pennsylvania Avenue, N.W.<br>Washington, D. C.  20006 |
| JAMIE DIECHMANN HASENKAMPF, ETC.<br>David E. Caruso, Jr., Esquire<br>615 Richards Building<br>New Orleans, Louisiana  70112 | TWA<br>ASSOCIATED AVIATION UNDERWRITERS<br>UNDERWRITERS AT LLOYD'S LONDON<br>A.R. Christovich, Jr., Esquire<br>Christovich & Kearney<br>1815 American Bank Building<br>New Orleans, Louisiana  70130 |
| VICKI JOHNSON SAFRANEK<br>Marvin Gross, Esquire<br>Jerry S. Phillips, Esquire<br>Philip Jay Dichter, Esq.<br>Grayson & Gross<br>10880 Wilshire Boulevard<br>Suite 2121<br>Los Angeles, California  90024 | |

*Appointed by J. Bryan Order 7/17/75

p. _____

| Plaintiff | Defendant |
|---|---|
| C-15  James M. Schulette, Esq.<br>1629 K. Street, N.W.<br>Washington, D.C.  20006<br><br>Edward Walsh, Esq.<br>Hayes, St. John<br>120 Broadway<br>New York, New York  10005<br><br>C-16  ~~Harry W. Goldberg Esquire~~<br>~~Chevy Chase Building~~<br>~~5530 Wisconsin Ave~~<br>~~Chevy Chase, Maryland  20015~~<br><br>C-17  ~~Warren C. Stack, Esquire~~<br>~~701 East Trade Street~~<br>~~Charlotte, N.C.  28202~~<br><br>C-18  Jerry S. Phillips, Esquire<br>Grayson & Gross<br>10880 Wilshire Boulevard<br>Suite 2121<br>Los Angeles, CA  90024<br><br>C-19  ~~David E. Caruso, Jr., Esquire~~<br>~~615 Richards Bldg.~~<br>~~New Orleans, La.  70112~~<br><br>C-20  George E. Farrell, Esquire<br>1750 Pennsylvania Ave.,  N.W.<br>Washington, D.C. 20006<br><br>Alfred G. Johnson, Esquire<br>Sullivan, Johnson & Graham<br>465 California Street<br>Suite 200<br>San Francisco, CA  94104 | TWA (C-19)<br>ASSOCIATED AVIATION UNDERWIRTERS<br>UNDERWRITERS AST LLOYD'S LONDON<br>~~A. R. Christovich, Jr., Esquire~~<br>~~Christovich & Kearney~~<br>~~1815 American Bank Bldg.~~<br>~~New Orleans, La.  70130~~ |

JP Form 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 199 ___ -- _IN RE AIR CRASH DISASTER NEAR UPPERVILLE, VA. ON DEC. 1, 1974_

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| TRANS WORLD AIRLINES | A-1 ~~A-2~~ ~~A-3~~ A-4 ~~A-5~~ ~~A-6~~ B-7 B-8 C-1 C-2 C-3 C-4 C-5 C-6 C-7 C-8 C-9 C-10 C-11 C-12 C-13 C-14 C-15 C-16 C-17 C-19 |
| BOEING CO. | A-4 B-7 B-8 C-1 C-2 C-3 C-4 C-5 C-6 C-7 C-8 C-9 C-10 C-11 C-12 C-15 ~~C-17~~ |
| Std. Kollsman Ind., Inc. | B-7 |
| Kollsman Inst. Corp | B-7 |
| Boeing 727 Air. | C-14 |
| U.S.A. | C-17 C-18 C-19 |
| Associated Aviation Underwriter | C-19 |
| Underwriters + Lloyds London | C-19 |
| | |
| | |